```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:04CR3015 |
| v. ) | |
| ) | |
| JAMES J. HUBER, ) | |
| ) | ORDER |
| Defendant. ) | |
| ) | |

IT IS ORDERED:

A status conference is set for December 22, 2005 at 9:00 a.m. before the undersigned in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

Defendant shall be present.

DATED this 29th day of November, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge